FILED IN CHAMBERS
U.S.D.C. - Atlanta
JAN 11 2012
James N. Hatten, Clerk
By: /s/ Am Caue
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAEL ISAACS,

    Petitioner

v.

WENDY SQUIRES,

    Respondent

CIVIL ACTION FILE NO.
1:11-CV-3852-ODE-GGB

## ORDER

This civil action is before the Court on the Report and Recommendation of United States Magistrate Judge Gerrilyn G. Brill [Doc. 2] filed December 16, 2011. No objections have been filed.

In the Report and Recommendation, the Magistrate Judge recommends that this Court dismiss without prejudice Petitioner's petition for a writ of habeas corpus due to lack of jurisdiction.

The Court having read and considered the Report and Recommendation and noting the absence of any objections, it is hereby ADOPTED as the opinion and order of the Court. For the reasons set forth in the Report and Recommendation, the petition for a writ of habeas corpus is DISMISSED WITHOUT PREJUDICE.

SO ORDERED, this __11__ day of January, 2012.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE